# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE BIGBACK,<br><br>Defendant. | Case No. CR-15-54-BLG-SPW<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |

Upon Defendant's Motion for Early Termination of Supervised Release (Doc. 59) and pursuant to Title 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good causing appearing,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Kyle Bigback's term of supervised release is terminated as of the date of this order.

DATED this 30th day of August, 2023.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE